UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Walter Correa-Cisneros**　　　　　　　　　　　　　　　　**Docket No. 7:18-CR-177-1D**

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Walter Correa-Cisneros, who, upon an earlier plea of guilty to Access Device Fraud and Aiding and Abetting, in violation of 18 U.S.C. § 1029(a)(1) and 18 U.S.C. § 2, and Aggravated Identity Fraud and Aiding and Abetting, in violation of 18 U.S.C. § 1028A, 18 U.S.C. § 1028A(a)(1), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 2, 2019, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Walter Correa-Cisneros was released from custody on November 30, 2020.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is being supervised where he resides in the Southern District of Florida. The assigned U.S. Probation Officer Antonio Redding completed a financial investigation and determined the defendant can increase his restitution payment to $175.00 per month, and the defendant concurred. Currently, the restitution balance, ordered to be paid jointly and severally, is $6,606.24. Therefore, it is respectfully recommended that the conditions of supervision be modified to increase the monthly restitution payment to $175.00. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay restitution at the rate of $175.00 per month, until such time as the Court may alter that payment schedule in the interest of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　is true and correct.


　　　　　　　　　　　　　　　　　　　　/s/ Tuell Waters
　　　　　　　　　　　　　　　　　　　　Tuell Waters
　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　150 Reade Circle
　　　　　　　　　　　　　　　　　　　　Greenville, NC 27858-1137
　　　　　　　　　　　　　　　　　　　　Phone: 252-830-2344
　　　　　　　　　　　　　　　　　　　　Executed On: October 13, 2021

Walter Correa-Cisneros
Docket No. 7:18-CR-177-1D
Petition for Action

## ORDER OF THE COURT

Considered and ordered this __14__ day of __October__, 2021, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
U.S. District Judge